**Affirmed and Opinion Filed November 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00945-CR
## No. 05-14-00946-CR

## LADEREK KINTE REYNOLDS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause Nos. F09-58630-Y, F11-60044-Y

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

LaDerek Kinte Reynolds appeals his convictions, following the revocation of his community supervision and adjudication of his guilt, for unlawful possession of a firearm by felon and assault involving family violence. *See* TEX. PENAL CODE ANN. §§ 22.01(a)(1), (b)(2)(B), 46.04(a)(1), (e) (West 2011 & Supp. 2015); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2014 & Supp. 2015). The trial court assessed punishment at four years' imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
140945F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LADEREK KINTE REYNOLDS,
Appellant

No. 05-14-00945-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F09-58630-Y).
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 25, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

LADEREK KINTE REYNOLDS,
Appellant

No. 05-14-00946-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F11-60044-Y).
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered November 25, 2015.